IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON A. PINOLA,

    Petitioner,               No. 2:12-cv-2761 EFB P

    vs.

STATE OF CALIFORNIA,

    Respondent.           ORDER

                              /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner requests the court appoint counsel. However, petitioner has commenced this action in the wrong district.

       Petitioner was convicted in the Mendocino County Superior Court, but is confined at Pleasant Valley State Prison. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction, *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

////

////

1

1  Therefore, the court takes no action on petitioner's motion for appointment of counsel,
2 and transfers this action to the United States District Court for the Northern District of
3 California.  28 U.S.C. §§ 84(a); 1404(a).
4  Accordingly, it is ORDERED that this action is transferred to the United States District
5 Court for the Northern District of California.
6 Dated:  November 9, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE